Page 2

2:06cv163·MHT

RECEIVED

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2006 FEB 23  A 9:51

| United States District Court | District _Middle_  _Northern Division_ |
|---|---|

| Name (under which you were convicted): _Willie Jackson McLendon_ | Docket or Case No.: _CC-02-247 And CC-02-248_ |
|---|---|

| Place of Confinement: _Ventress Corr. Fac._ | Prisoner No.: _229204_ |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| _Willie Jackson McLendon Pro-se_ v. | _Warden J.C. Giles (And)_ |

The Attorney General of the State of _Alabama_

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _Pike County Circuit Court (Troy, Alabama)_

   (b) Criminal docket or case number (if you know): _CC-02-247 And CC-02-248_

2. (a) Date of the judgment of conviction (if you know): _March 13, 2003_

   (b) Date of sentencing: _April 30, 2003_

3. Length of sentence: _10 Years CC with 99 Year Sentence_

4. In this case, were you convicted on more than one count or of more than one crime?     Yes ☑     No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _Sexual Abuse 1st Degree (Count I) Sodomy 1st Degree (Count II)_

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☑          (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐               (4)  Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____

_____ N/A _____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Alabama Court of Criminal Appeals_

(b) Docket or case number (if you know): _Unknown_

(c) Result: _Affirmed by memorandum_

(d) Date of result (if you know): _February 20, 2004_

(e) Citation to the case (if you know): _N/A_

(f) Grounds raised: _ _N/A_

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?     Yes ☐   No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐  No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?

Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:   *copy also to*

(a) (1) Name of court: _Pike County Circuit Court (court of crim. Appeals)_

(2) Docket or case number (if you know): _CC-02-747 And   CC-02-248_

(3) Date of filing (if you know): _1/4/2006_

(4) Nature of the proceeding: _writ of mandamus_

(5) Grounds raised: _(1) Petitioner was Denied effective assistance of Both his trial And_
_Appellate Counsel (2) Petitioner was Denied A Fair Trial (3) The Trial_
_Court was without Jurisdiction to render Judgment or to impose sentence._
_(4) Petitioner was denied a fair trial by the improper Comments made_
_by the prosecutor_

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐  No ☑

(7) Result: _denied_

(8) Date of result (if you know): _1/23/2006_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____ N/A _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____ N/A _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       Yes ❑   No ❑

    (7) Result: _____ N/A _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ❑   No ☑

    (2) Second petition:   Yes ❑   No ❑

    (3) Third petition:    Yes ❑   No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _The Judge_
_has not Ruled on the Post-conviction Rule 32; And Habeas Corpus_
_would be next Procedure since Mandamus was denied._

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Petitioner Was Denied effective Assistance of Both His Trial And Appellate Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Petitioner's Attorney failed to Consult with her Client on all important decisions, and to keep her Client informed of the developments in the course of Prosecution. The attorney made Several Serious mistakes which Prejudiced the Petitioner. Trial Counsel failed to interview the State's witnesses. Trial Counsel Stated in a Sworn Affidavit things she claims the Petitioner told her, in which violates Client/attorney privileges And the petitioners Right to effectiveness of a Trial And Appellate Counsel.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☐  N/A

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A _____

_____

_____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☑  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: writ of Mandamus

   Name and location of the court where the motion or petition was filed: Pike County Circuit Court

   Docket or case number (if you know): CC-02-247 And CC-02-248

   Date of the court's decision: ~~████████~~ 1/4/2006

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐  No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____ n/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ Rule 32 not fully Ripe or Judgement not Rendered by _____

_____ Trial Court yet! _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____ Petitioner was Denied A Fair Trial by the _____

_____ errors of the Trial Court. _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____ Many errors _____

_____ Such as Lawyer getting to admit guilt on Trial Stand, And Jurors _____

_____ having access to law Books. _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐ No ☑ *N/A*

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ *N/A* _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       Yes ☑ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____ *Writ of mandamus* _____

    Name and location of the court where the motion or petition was filed: _____ *Pike County Circuit Court* _____

    Docket or case number (if you know): _____ *CC-02-247 And CC-02-248* _____

    Date of the court's decision: _____ *1/4/2006* _____

    Result (attach a copy of the court's opinion or order, if available): _____ *N/A* _____

_____

    (3) Did you receive a hearing on your motion or petition?

       Yes ☐ No ☑

    (4) Did you appeal from the denial of your motion or petition?

       Yes ☐ No ☑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____ *N/A* _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Rule 32 not fully ripe or Judgement not Rendered by Trial Court yet!

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** The Trial Court was without jurisdiction to Render the Judgement or to impose the sentence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner has A void Indictment.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐  N/A

(2) If you did not raise this issue in your direct appeal, explain why: _____

N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Writ of Mandamus

Name and location of the court where the motion or petition was filed: Pike County Circuit Court

Docket or case number (if you know): _CC-02-247 And CC-02-248_

Date of the court's decision: _1/4/2006_

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐ No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ Rule 32 not fully Ripe or Judgement not rendered by _____

_____ Trial Court yet! _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _Petitioner was Denied A Fair Trial by the improper_
_Comments made by the Prosecutor_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____ Prosecution Made Several Statements And did Prejudice _____

_____ the petitioner. _____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑  *N/A*

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ *N/A*

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____ *writ of mandamus*

    Name and location of the court where the motion or petition was filed: *Pike County Circuit Court*

_____

    Docket or case number (if you know): *CC-07-247 And CC-07-248*

    Date of the court's decision: _____ *1/4/2006*

    Result (attach a copy of the court's opinion or order, if available): _____

_____ *N/A* _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ☑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____ *N/A*

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ *Rule 32 not fully Ripe or Judgement not rendered* _____

_____ *by Trial Court yet!* _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?       Yes ☑  No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?       Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a

copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☑ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ Rule 32  Post - conviction  (not decided) _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ Debbie L. Jared   Po Box 358 _____
_____ Elba, Alabama   36323-0000 _____

(b) At arraignment and plea: _____

_____

(c) At trial: _____ Same as  16 (A) _____

_____

(d) At sentencing: _____ Same as  16 (A) _____

_____

(e) On appeal: _____ Same as  16 (A) _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____ N/A _____

(c) Give the length of the other sentence: _____ n/A _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐    n/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Judgement Not Rendered on Pending Rule 32
(not time barred)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
        (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
        (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
        (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
    (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Petitioner have appointed_
_Counsel, And the Trial Court be made to render A Judgement_
_on the Pending Rule 32, And Petitioner gets relief requested also_
or any other relief to which petitioner may be entitled.

_Willie J. Williams Pro-se_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison mailing system on _February 16, 2006_
_____ (month, date, year):

Executed (signed) on _2/16/2006_ (date).

_Willie J. McLendon_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing
this petition. _____
_____N/A_____
_____

* * * * *