# STATE OF ALABAMA

### Department of Corrections
*Inmate Stationery*

RECEIVED

2006 MAR -3 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

In the United States District Court
For the middle District of Alabama
Northern Division

Willie Jackson McLendon # 229204     (    Case #
      Petitioner,       2:06 - cv - 163 - mHT
                       (    (wo)

   V.

Warden J.C. Giles And
the Attorney General for the        (
State of Alabama

## Motion to Amend

Comes now the Petitioner Willie Jackson McLendon, And Requests this Honorable Court allow the Petitioner to Amend the date being mailed to Attorney General for State of Alabama from February 16, 2006; Currently mailed to this Court to march 1, 2006 where copy was mailed to Attorney General for State of Alabama.

Please note That was only thing Amended Since the date was different in which both copies was mailed. Please note also 2/16/2006 remains same for filing. Where fore everything considered the Petitioner now prays this be granted to the (90) ninety-day period in which this Honorable Court gave a order on February 27, 2006. Exact copy Sent to Attorney General for State of Alabama 11 South union street montgomery, Alabama 3130-0152

            Chris Dwayne williams Pro-Se
                of Consel

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

## Certificate of Service

I willie Jackson mClenden do hereby Certify that I have Sent A copy Of the Same Habeas Corpus Sent to the courts upon:

Attorney General
for State of Alabama
11 South union Street
Montgomery, Alabama
36130-0152

by Placing A copy of the Same this 1st day of March, 2006, all Postage Pre-Paid.

Willie J. Mc London
Petitioner's Signature

Chris Dwayne William Pro-Se
Of Counsel

willie Jackson mClenden # 229204
Po Box 767
Clayton, Alabama
36016