IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIE JACKSON MCLENDON, #229 204    *

    Petitioner,    *

    v.    *    2:06-CV-163-MHT

J.C. GILES, WARDEN, *et al.*,    *

    Respondents.    *

_____

**ORDER ON MOTION**

On March 3, 2006 Petitioner filed a Motion to Amend. Although the basis for the pleading is not entirely clear, Petitioner appears to seek an amendment and/or correction with respect to filing dates. Upon consideration of the motion and for good cause, it is

ORDERED that Petitioner's Motion to Amend/Correct Petition(Doc. No. 3) be and is hereby DENIED. Petitioner is advised that this court has determined that the filing date of his petition is February 16, 2006 and Respondents will adhere to this date when preparing their answer. Petitioner is further advised that any amendment to the petition will be deemed filed as of the date it is filed with the court and will not be retroactive to the date he filed his original petition.

Done this 7th day of March 2006.

            /s/ Vanzetta Penn McPherson
            VANZETTA PENN MCPHERSON
            UNITED STATES MAGISTRATE JUDGE