# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



Lane W. Mann
  Clerk
Wanda K. Ivey
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

March 19, 2004

**CR-02-1559**

Willie Jackson McLendon v. State of Alabama  (Appeal from Pike  Circuit Court: CC02-247; CC02-248).

## NOTICE

You are hereby notified that on March 19, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

          **Lane W. Mann, Clerk**
          **Court of Criminal Appeals**

cc: Hon. Brenda M. Peacock, Circuit Clerk
    Debbie Jared, Attorney
    G. Ward Beeson, III, Asst. Atty. Gen.