```
Session - PASSPORT                                    March 06, 2006, 13:33:30

 OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 55 PIKE      OFFICE: 1    OCSOC01

 CASE NUMBER: CC 2002 000247 60    TRANS DATE/TIME: 00000000 0000   JID: JWK
    STYLE/NAME: STATE OF ALABAMA  VS  MCLENDON WILLIE JACKSON      PC PRNTR: N
 -----------------------------------------------------------------------------
 ACT   DATE    TIME CODE |------------------ COMMENTS ------------------| OPE
 -----------------------------------------------------------------------------
       03112005 0910 TEXT ORDER GRANTING FORMA PAUPERIS                    JOP
       03142005 0846 FILE CHARGE 01: RULE 32-FELONY/#CNTS: 001      (AR01) JOP
       03142005 0846 JUDG ASSIGNED TO: (JWK) JEFFERY W KELLEY       (AR01) JOP
       03142005 0846 STAT INITIAL STATUS SET TO: "P" - PRISON       (AR01) JOP
       03142005 0846 FILE FILED ON: 03/11/2005                      (AR01) JOP
       03142005 0847 CASP CASE ACTION SUMMARY PRINTED               (AR01) JOP
       03142005 0910 TEXT COPY OF RULE 32 TO STATE                         JOP
       04182005 1347 TEXT MOTION FOR EXTENSION OF TIME                     JOP
       04182005 1355 TEXT ORDER GIVING STATE EXTENSION TO 6-15-05           JOP
       05132005 1048 TEXT LETTER OF DEFT CHANGE OF ADDRESS                 JOP
       05162005 1047 ADD2 ADDR2 CHANGED FROM: P.O. BOX 56          (AR01) JOP
       05162005 1047 CITY HOME CITY CHANGED FROM: ELMORE           (AR01) JOP
       06202005 1558 TEXT MOTION BY STATE FOR EXTENSION OF TIME TO ANSWER  JOP
 -----------------------------------------------------------------------------
 *** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE FILE     ***
 01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
 12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```

```
Session - PASSPORT                                   March 06, 2006, 13:33:33

 OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 55 PIKE        OFFICE: 1    OCSOC01

 CASE NUMBER: CC 2002 000247 60    TRANS DATE/TIME: 00000000 0000    JID: JWK
      STYLE/NAME: STATE OF ALABAMA  VS  MCLENDON WILLIE JACKSON      PC PRNTR: N
 ---------------------------------------------------------------------------
 ACT   DATE    TIME CODE |------------------ COMMENTS ------------------| OPE
 ---------------------------------------------------------------------------
       06232005 0934 TEXT ORDER EXTENSION OF TIME/45 DAYS                 JOP
       08232005 1255 TEXT STATE RESPONSE                                  JOP
       08292005 1359 ATTH CAS ATTACHMENT PRINTED                  (AR08)  JOP
       08292005 1402 TEXT MOTION TO REBUT THE STATE'S RESPONSE ETC        JOP
       02272006 0922 TEXT ORDER OF THE JUDGE                              JOP




 -------------------------------------------------------------------------
 *** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
 01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
 12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
Session - PASSPORT                                    March 06, 2006, 13:34:20

  OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 55 PIKE        OFFICE: 1    OCSOC01

  CASE NUMBER: CC 2002 000248 60    TRANS DATE/TIME: 00000000 0000   JID: JWK
    STYLE/NAME: STATE OF ALABAMA  VS  MCLENDON WILLIE JACKSON        PC PRNTR: N
  ---------------------------------------------------------------------------
  ACT   DATE    TIME CODE |------------------ COMMENTS ------------------| OPE
  ---------------------------------------------------------------------------
        03112005 0910 TEXT ORDER GRANTING FORMA PAUPERIS                      JOP
        03142005 0347 FILE CHARGE 01: RULE 32-FELONY/#CNTS: 001        (AR01) JOP
        03142005 0847 JUDG ASSIGNED TO: (JWK) JEFFERY W KELLEY         (AR01) JOP
        03142005 0847 FILE FILED ON: 03/11/2005                        (AR01) JOP
        03142005 0847 STAT INITIAL STATUS SET TO: "P" - PRISON         (AR01) JOP
        03142005 0847 CASP CASE ACTION SUMMARY PRINTED                 (AR10) JOP
        03142005 0910 TEXT COPY OF RULE 32 TO STATE                           JOP
        04182005 1347 TEXT MOTION FOR EXTENSION OF TIME                       JOP
        04182005 1355 TEXT ORDER GIVING STATE EXTENSION TO 6-15-05            JOP
        05132005 1048 TEXT LETTER OF DEFT CHANGE OF ADDRESS                   JOP
        05162005 1047 ADD2 ADDR2 CHANGED FROM: P.O. BOX 56             (AR01) JOP
        05162005 1047 CITY HOME CITY CHANGED FROM: ELMORE              (AR01) JOP
        06202005 1558 TEXT MOTION BY STATE FOR EXTENSION OF TIME TO ANSWER    JOP
  ---------------------------------------------------------------------------
  *** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE FILE     ***
  01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
  12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF         24=HLP
```

```
Session - PASSPORT                                       March 06, 2006, 13:34:42

  OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 55 PIKE        OFFICE: 1    OCSOC01

  CASE NUMBER: CC 2002 000248 60    TRANS DATE/TIME: 00000000 0000   JID: JWK
     STYLE/NAME: STATE OF ALABAMA  VS  MCLENDON WILLIE JACKSON       PC PRNTR: N
  --------------------------------------------------------------------------------
  ACT   DATE     TIME CODE |------------------ COMMENTS ------------------| OPE
  --------------------------------------------------------------------------------
       06232005 0934  TEXT ORDER EXTENSION OF TIME/45 DAYS                   JOP
       08232005 1255  TEXT STATE RESPONSE                                    JOP
       08292005 1402  TEXT MOTION TO REBUT THE STATE'S RESPONSE ETC          JOP
       02272006 0922  TEXT ORDER OF THE JUDGE                                JOP



  --------------------------------------------------------------------------------
  *** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
  01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
  12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```