89805

# Alabama Court of Criminal Appeals Docket Sheet

**CR-05-0666**     PET : Writ of Mandamus     **CR-05-0666**

Ex parte Willie Jackson McLendon   (In re: State of Alabama vs. Willie Jackson McLendon)
(Pike Circuit Court: CC02-247, CC02-248)

## EXPEDITED

**Petition Filed : 01/04/2006**

Docketed 01/13/2006  CC
Last Updated  / /

### Post Judgment Motions

### Attorneys & Officials

| | | |
|---|---|---|
| Circuit Clerk | Brenda M. Peacock | Troy, AL (334) 566-4622 |
| Pro Se Pet. | Willie J. McLendon | Clayton, AL ( ) - |
| Circuit Judge for Resp. | Jeff W. Kelley | Enterprise, AL (334) 347-4785 |
| A.G. for Resp. | Troy King | Montgomery, AL (334) 242-7300 |
| D. A. for Resp. | Gary McAliley | Enterprise, AL (334) 347-1141 |

### Case Actions / Postings

01/04/2006     Petition for Writ of Mandamus filed (rec'd 01/06/06) (4cc)

**END OF DOCKETING INFORMATION**