# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

89805

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-05-0666

Ex parte Willie Jackson McLendon   (In re: State of Alabama vs. Willie Jackson McLendon)   (Pike Circuit Court: CC02-247.60, CC02-248.60)

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby denied.

Done this the 23rd day of January, 2006.

H.W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Brenda M. Peacock, Circuit Clerk
    Willie J. McLendon, Pro Se
    Hon. Jeff W. Kelley, Circuit Judge
    Hon. Troy King, Attorney General
    Hon. Gary McAlley, District Attorney