IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR 23 A 10: 03

| | |
|---|---|
| Willie Jackson McLendon, * | |
| Petitioner, * | |
| vs. * | CIVIL ACTION NO. |
| * | 2:06-CV-163-MTH-(WO) |
| J.C. Giles, Warden, et al., * | |
| Respondents * | |

### PETITIONER's RESPONSE TO SHOW CAUSE

Comes now the Petitioner in the above styled cause and in the above captioned case and in response to the Court's Order of March 13, 2006 and shows this Honorable Court as follows:

(1) Petitioner filed a Petition for Post-conviction Relief pursuant to Rule 32 of the Alabama Rules of Criminal Procedure on February 26, 2005.

(2) Approximately one year has elapsed since the filing of said petition violating Petitioner's rights to due process of law, as set forth by the Constitution of the United States and the State of Alabama's very own rules of procedure.

(3) The State and the Courts of Alabama have given no justification for failing to rule upon the said pending Rule 32 Petition.

(4) The State and the Courts of Alabama have a clear and convincing history of constitutional rights violations to prevent those illegally and unconstitutionally convicted from proper redress, with complete willingness to intentionally defy federal law, well established United States Supreme Court precedent and its very own rules of procedures. This forces the Petitioner to realize that any future action in the State courts of Alabama would be futile and meaningless.

(5) Petitioner has also come to realize that any future State Court proceedings would amount to nothing more than a mere obstacle, both burdensome and time consuming, in order to delay a constitutionally correct ruling by this Habeas Court. Therefore, stalling Petitioner's release from custody.

(6) Since the Court's March 13, 2006, Order to Show Cause, Pike County Circuit Court has ordered that future proceedings are necessary on March 14, 2006, and has set a hearing date for May 3, 2006, due to the filing of a Habeas Petition in this Court.

(7) This Court's intervention is warranted in order to prevent the State of Alabama from further violation of Petitioner's rights to due process of law and a constitutionally correct ruling.

**WHEREFORE**, these all premises considered, Petitioner respectfully requests this Court grant his show of cause and stay the Habeas Petition pending the outcome of proceedings in Pike County Circuit Court on May 3, 2006.

Respectfully submitted this 21st day of March, 2006.

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing in the United States Postal Service box located at Ventress Correctional Facility on this 21st day of March, 2006. The following parties were mailed a copy:

(1) Clerk of the United States District Court

(2) The Attorney General of the State of Alabama

_____
Petitioner

**State of Alabama**
**County of Barbour**

Subscribed and sworn to before me this 21st day of March, 2006.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007
_____
Comm. Exp. Date