**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

March 28, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style: Willie McLendon vs. J.C. Giles, et al**
**Case Number: 2:06cv163-MHT**

**Pleading : #7 Response to Order to Show Cause**

**Notice of Correction is being filed this date to advise that the referenced pleading was docketed on 3/23/2006 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**