IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Willie Jackson Mclendon, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-163-MTH-(WO) |
| J.C. Giles, Warden, et al., | ) |
| Respondents | ) |

## NOTIFICATION

Comes now the Petitioner in the above styled cause for notification that the State Court proceedings have been delayed from the original hearing date scheduled for May 3, 2006.

Petitioner has not been informed of a rescheduled date at this time. However, shall give notification of any dates of any future hearings as soon as informed.

Petitioner respectfully requests this Court stay his original Habeas Petition pending the outcome of future state court proceedings.

Respectfully submitted this 8th day of May, 2006.

_____
Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing in the United States Mail Box located at Ventress Correctional Facility on this 8th day of May, 2006, to be mailed to the following parties:

Clerk of the District Court

Office of the Alabama Attorney General

_____
Petitioner