IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| WILLIE JACKSON MCLENDON, #229 204 | * |
| Petitioner, | * |
| v. | *   2:06-CV-163-MHT |
| | (WO) |
| J.C. GILES, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Petitioner requests that the instant habeas corpus proceeding be stayed pending the outcome of his state post-conviction proceedings. Petitioner's motion has been read, considered, and shall be denied.

Granting Petitioner's request would require ignoring the clear intent of Congress in enacting the limitations periods in the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"). 28 U.S.C. §2244(d)(1) provides that federal habeas corpus relief must, except in very limited circumstances, be sought within one year from the conclusion of direct appeal proceedings. The time during which a properly filed post-conviction proceeding is pending does not count towards this one year period. 28 U.S.C. §2244(d)(2). This is a reasonable limitations period. Petitioner does not indicate that there are any circumstances peculiar to his case which make it impossible for him to comply with this deadline.

In light of the foregoing, it is

ORDERED that the Motion to Stay (Doc. No. 9) be and is hereby DENIED.

Done this 11th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE