IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JACKSON MCLENDON, #229204, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 06cv163-MHT ) |
| J. C. GILES, WARDEN, *et al.,* | ) ) |
| Respondents. | ) |

**ORDER**

On 11 May 2006, the Magistrate Judge filed a Recommendation (Doc. #10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the petition for habeas corpus relief be and is hereby DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

Done this the 25th day of May 2006.

                                                    /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE