IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE JACKSON MCLENDON, #229204, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  06cv163-MHT |
| J. C. GILES, WARDEN, *et al.*, | ) ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed to afford Petitioner an opportunity to exhaust all available state court remedies.

Done this the 25th day of May 2006.

                                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE